IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DUPAGE GRAUE MILL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:24-cv-3595 |
| ) | |
| UNITED STATES LIABILITY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant, United States Liability Insurance Company ("USLIC" or "Defendant"), pursuant to 28 U.S.C Section 1446, hereby removes the above-captioned action, pending in the Circuit Court of DuPage County as Case No. 2024LA000410, to the United States District Court for the Northern District of Illinois. Removal is based on 28 U.S.C. Section 1332. As grounds for removal, Defendant states as follows:

1. On April 3, 2024, Plaintiff DuPage Graue Mill Corporation ("Plaintiff") filed a Complaint for Declaratory and Other Relief in the Circuity Court of DuPage County under case No. 2024LA000410 (the "State Court Case").

2. A copy of the Complaint filed in the State Court Case is attached hereto. *See* **Exhibit 1**.

3. In the State Court Case, Plaintiff seeks a declaration regarding obligations allegedly owed under a policy of insurance issued by USLIC in relation to certain matters that relate, or allegedly relate, to disputes between Plaintiff and the Forest Preserve District of DuPage County, including a grand jury subpoena, a civil lawsuit styled as *Forest Preserve District of DuPage County v. DuPage Graue Mill Corporation, et al.*, Case No. 2023MR000062 (the "Underlying

1

Lawsuit"), and a letter of inquiry from the Office of the Illinois Attorney General. *See* **Exhibit 1** at ¶¶ 26, 29, and 57 and at Exhibits 2, 3, and 4.

4. Plaintiff seeks damages in excess of $115,000 in the State Court Case. *See* **Exhibit 1** at ¶ 60.

5. Here, there is complete diversity of citizenship of the parties.

6. A corporation is deemed to be a citizen of both the state of its incorporation and the place where it maintains its principal place of business. 28 U.S.C. 1332(c)(1).

7. Defendant USLIC is an insurance corporation incorporated in Nebraska and licensed to sell insurance in Illinois with a principal place of business at 1190 Devon Park Drive, Wayne, Pennsylvania. Therefore, USLIC is a citizen of both Nebraska and Pennsylvania.

8. Plaintiff is an Illinois not-for-profit corporation that does business in Oak Brook, Illinois. Plaintiff is therefore a citizen of Illinois.

9. Pursuant to 28 U.S.C. 1332, the District Courts have jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

10. This matter is properly removed pursuant to 28 U.S.C. 1441, which permits removal of cases to federal court based on diversity jurisdiction.

11. Defendant was served with Summons and a copy of the Complaint on April 4, 2024. *See* **Exhibit 2**.

12. This notice is timely because it is filed within 30 days of service of the Complaint upon Defendant. *See* 28 U.S.C. 1446(b).

13. This Court is situated in the district and division serving the location of the action pursuant to 28 U.S.C. 1446(a).

14. Defendant will file its "Notice of Filing of Notice of Removal" with the Circuit Court for DuPage County, and then serve a copy of such filing upon Plaintiff's counsel pursuant to 28 U.S.C. 1446(a) and (d).

WHEREFORE, this action should proceed in the United Stated District Court for the Northern District of Illinois, as an action properly removed thereto.

Dated: May 3, 2024                                               Respectfully submitted,

                                                                     /s/ Brian M. Reid
                                                                     *Attorneys for United States Liability Insurance Company*

Brian M. Reid
LITCHFIELD CAVO LLP
303 W. Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6617
reid@litchfieldcavo.com

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed this 3rd day of May, 2024.

Notice will be sent by the Court's electronic filing system to all parties listed on the filing receipt.

Notice has also been served via email and U.S. Mail upon the following:

Robert H. Lang
Matthew S. Darrough
Caroline Pritikin
Thompson Coburn LLP
55 E. Monroe St., 37th Floor
Chicago, Illinois 60603
312-346-7500
FAX 312-580-2201
rlang@thompsoncoburn.com
mdarrough@thompsoncoburn.com
cpritikin@thompsoncoburn.com
*Attorneys for Plaintiff*

                                                  /s/     Brian M. Reid
                                                  *Attorneys for United States*
                                                  *Liability Insurance Company*

Brian M. Reid
LITCHFIELD CAVO LLP
303 W. Madison Street
Suite 300
Chicago, IL 60606
(312) 781-6617
reid@litchfieldcavo.com