**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| DUPAGE GRAUE MILL CORPORATION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 24-cv-3595 |
| UNITED STATES LIABILITY INSURANCE COMPANY, | ) ) ) ) |
| Defendant. | ) ) |

**DISMISSAL STIPULATION**

NOW COME Plaintiff DuPage Graue Mill Corporation and Defendant United States Liability Insurance Company (collectively, the "Parties"), by and through their undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii) that, pursuant to the Parties' settlement of the issues in dispute, this action be dismissed with prejudice as to all claims and causes of action, with the Parties bearing their own attorney's fees and costs, and with this Court retaining jurisdiction to enforce the terms of the parties' settlement agreement.

Respectfully submitted:

| By: /s/ Robert H. Lang | By: /s/ Brian M. Reid |
|---|---|
| Robert H. Lang<br>Matthew S. Darrough<br>Caroline Pritikin<br>Thompson Coburn LLP<br>55 E. Monroe St., 37th Floor<br>Chicago, Illinois 60603<br>312-346-7500<br>FAX 312-580-2201<br>rlang@thompsoncoburn.com<br>mdarrough@thompsoncoburn.com<br>cpritikin@thompsoncoburn.com<br><br>*Attorneys for Plaintiff* | Brian M. Reid<br>Litchfield Cavo LLP<br>303 West Madison Street, Suite 300<br>Chicago, Illinois 60606<br>Phone: (312)781-6677<br>Fax: (312)781-6630<br>reid@litchfieldcavo.com<br><br>*Attorneys for Defendant* |

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was electronically filed this 7th day of January, 2025.

Notice will be sent by the Court's electronic filing system to all parties listed on the filing receipt.

/s/ Robert H. Lang